UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOEL P. LAUREL,

        Plaintiff,

vs.

NANCY A. BERRYHILL, DEPUTY COMMISSIONER OF SOCIAL SECURITY FOR OPERATIONS,

        Defendant.

Civil No. 2:18-cv-750 MAT

ORDER FOR EAJA FEES, COSTS AND EXPENSES

NOTE ON MOTION CALENDAR
March 11, 2019 *without oral argument*

## **ORDER**

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and 28 U.S.C. §1920 and Plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as well as considering Defendant's response, it is hereby ORDERED that: EAJA attorney's fees of $6,814.08, expenses of $3.43 ( postage), and costs of $407.20 (copies & filing fee), for a total of $7,224.71 shall:

1)  Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. ---, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel, Rosemary B. Schurman; however,

2)  If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA

Order for EAJA Fees- 18-750 MAT  page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544

fees, costs and expenses directly to Rosemary B. Schurman.

Dated this <u>11th</u> day of March, 2019.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Presented by:
<u>s/Rosemary B. Schurman</u>
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA 98034
425-821-8577

Order for EAJA Fees- 18-750 MAT  page 2